IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Russell David Berry, | ) | C/A No. 0:16-2702-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| U.S. Prisoner Transport, *others to be included upon notification of their names*, Spartanburg County, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff, while a pretrial detainee at the Spartanburg County Detention Center, proceeding *pro se,* filed a complaint concerning prison conditions pursuant to 42 U.S.C. § 1983. By order dated August 23, 2016, Plaintiff was given an opportunity to provide the necessary information and paperwork to bring the case into proper form for evaluation and possible service of process. (ECF No. 7.) Plaintiff did not receive the order, as it was returned to the court as undeliverable mail with a note stating that Plaintiff was no longer detained at the Spartanburg County Detention Center. Plaintiff has not provided the court with a new mailing address, and the record indicates no attempt by Plaintiff to contact the court since filing the complaint. The case is **dismissed,** ***without prejudice***, pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash Railroad Company*, 370 U.S. 626 (1962).

IT IS SO ORDERED.

October 3, 2016               Joseph F. Anderson, Jr.
Columbia, South Carolina      United States District Judge